**Order entered October 25, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01182-CV

## DEBBIE WHEELER, INDIVIDUALLY AND AS THE REPRESENTATIVE OF THE ESTATE OF LARRY WHEELER, KIM ADAMS, AND KRISTIE STEWART, Appellant

### V.

## METHODIST RICHARDSON MEDICAL CENTER AND METHODIST HEALTH SYSTEM FOUNDATION, Appellees

### On Appeal from the 416th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 416-01327-2016

## ORDER

The reporter's record in this case is overdue. By letter dated October 17, 2018, Destiny Moses, Official Court Reporter for the 416th Judicial District Court, informed the Court that she would not be filing a reporter's record in this appeal because "[n]o reporter's record was taken on the designated date of 9/19/2018." The next day, we informed appellant the court reporter notified the Court regarding the reporter's record and directed appellant to provide the Court with written verification showing the reporter's record had been requested and that appellant had paid for or made arrangements to pay for the record or had been found entitled to proceed without payment of costs. We cautioned appellant that failure to provide the required documentation within ten days might result in the appeal being ordered submitted without the

reporter's record. In response, appellant filed a letter on October 19, 2018 stating the court reporter had not filed a notice with the Court that there is no reporter's record nor had the court reporter notified appellant regarding the cost of a reporter's record.

We **ORDER** this appeal submitted without a reporter's record. In the event appellant believes the court reporter's determination that a record does not exist for the date requested was in error, appellant should file a motion in this Court requesting the appeal be abated and a hearing held in the trial court to determine if a reporter's record was taken and the date of such record.

Appellant's brief is due **TWENTY DAYS** from the date of this order.


/s/     CAROLYN WRIGHT
CHIEF JUSTICE